**Order filed, July 09, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00173-CV

———————

**NEGOTIATE ONE, INC., Appellant**

**V.**

**MEMBERS CHOICE CREDIT UNION, Appellee**

---

**On Appeal from the County Civil Court at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1017454**

---

### ORDER

The reporter's record in this case was due **April 15, 2015**. *See* Tex. R. App. P. 35.1. On May 05, 2015, this court ordered the court reporter to file the record within 30 days. On May 07, 2015, the court reporter notified this court that the appellant had not paid or made arrangements to pay for the record. On June 05, 2015, the appellant's attorney filed a docketing statement stating that he had paid for the deposit for the record. On June 11, 2015, the appellant filed a letter stating

that the complete payment had been sent to the court reporter. On June 16, 2015, the court reporter filed a motion for extension of time to file the record which was GRANTED until July 01, 2015. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Oliver**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gina Oliver** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM